| | |
|---|---|
| **State of Alabama**<br>**Unified Judicial System**<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) |

Case Number: 02-CV-201...

Date of Filing:
12/17/2014

ELECTRONICALLY FILED
12/17/2014 3:48 PM
02-CV-2014-903452.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## GENERAL INFORMATION

### IN THE CIRCUIT OF MOBILE COUNTY, ALABAMA
### OUTOKUMPU STAINLESS USA, LLC v. SIEMENS INDUSTRY, INC.

**First Plaintiff:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

## NATURE OF SUIT:

**TORTS: PERSONAL INJURY**

☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonnes
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**

☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**

☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS  (cont'd)**

☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP-Contempt of Court
☑ CONT-Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND- Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD-Eviction Appeal/Unlawfyul Detainer
☐ FORJ-Foreign Judgment
☐ FORF-Fruits of Crime Forfeiture
☐ MSHC-Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB-Protection From Abuse
☐ FELA-Railroad/Seaman (FELA)
☐ RPRO-Real Property
☐ WTEG-Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP-Workers' Compensation
☐ CVXX-Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER

R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☑ Yes  ☐ No

**RELIEF REQUESTED:**  ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**  WOO109    12/17/2014 3:48:30 PM    /s/ Ricardo Andrew Woods

**MEDIATION REQUESTED:**  ☐ Yes  ☑ No  ☐ Undecided

**EXHIBIT 3**

ELECTRONICALLY FILED
5/7/2014 3:48 PM
02-CV-2014-903452.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

# IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | | |
|---|---|---|
| OUTOKUMPU STAINLESS USA, LLC, Formerly Known as THYSSENKRUPP STAINLESS USA, LLC | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO._____ |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| SIEMENS INDUSTRY, INC., Successor in Interest to SIEMENS ENERGY & AUTOMATION, INC. | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiff Outokumpu Stainless USA, LLC, formerly known as ThyssenKrupp Stainless USA, LLC ("Plaintiff" or "OTK") hereby brings the following civil complaint against Siemens Industry, Inc., successor in interest to Siemens Energy & Automation, Inc. ("Defendant" or "Siemens"), stating as follows:

## PARTIES, JURISDICTION AND VENUE

1.      Plaintiff Outokumpu Stainless USA, LLC, the owner of a stainless steel manufacturing and processing facility located in Calvert, Alabama, is a Delaware limited liability company with its principal place of business located in Calvert, Alabama, its sole member being Outokumpu Americas, Inc. Outokumpu Americas, Inc. is a Delaware corporation with its principal place of business in Calvert, Alabama.

2.      Defendant Siemens is a Delaware corporation with its principal place of business located in Alpharetta, Georgia.

3.      Siemens representatives traveled to Calvert, Alabama, to establish the business relationships giving rise to OTK's claims, and subsequently sold, designed, installed and commissioned equipment and performed labor for OTK at its Project in Calvert, Alabama.

4.      Siemens made substantial, intentional contacts with the State of Alabama, including personal visits, numerous telephonic and electronic communications, purchase orders, invoices and contracts executed in OTK's offices and contract work performed at OTK's operations in Mobile County, Alabama; thus, this Court has subject matter jurisdiction and personal jurisdiction.

5.      Venue is correct and convenient in this jurisdiction as the contracts, equipment and labor at issue were negotiated in, shipped, installed and commissioned in Mobile County.

6.      In addition, Siemens specifically agreed under Contract 1080 that "any legal action or proceeding arising hereunder may be brought, at the election of the Buyer, in the Circuit Court of the State of Alabama in Mobile County."

## **BACKGROUND FACTS**

7.      In 2007, Outokumpu Stainless USA, LLC, then known as ThyssenKrupp Stainless USA, LLC, announced the construction of a stainless steel-making facility and cold rolling works in Calvert, Alabama (the "Stainless Project").   The Stainless Project was concurrent with the construction of a carbon steel rolling mill and coil processing facility undertaken on the same Calvert site by ThyssenKrupp Steel USA, LLC, an entity that was, at that time, related to ThyssenKrupp Stainless USA, LLC.

8.      The Stainless Project consisted of two facilities, a steelmaking facility, known as the "Melt Shop" for the production of stainless steel slabs from melting scrap steel and alloys, together with a cold rolling and coil processing facility to produce the finished product of coiled

stainless steel. The issues that are the subject of this dispute between OTK and Siemens relate solely to the Melt Shop, as opposed to the cold rolling and coil processing facility which constitutes the other part of the site.

9.     Construction of the Melt Shop was the second phase of the Stainless Project, which began in earnest in the summer of 2010. The Melt Shop is a fully enclosed 480,000 square feet structural steel building (930 feet by 540 feet, by 200 feet high), housing steel-making equipment processing scrap steel and alloys into stainless steel slabs.

10.    ThyssenKrupp Stainless USA, LLC (now "OTK") entered into a series of contracts and arrangements with Siemens to provide equipment and perform work integral to the completion and proper functioning of the Melt Shop.

11.    OTK and Siemens entered their initial contract, Contract 1034, on May 19, 2008. Thereafter, OTK and Siemens entered into another contract, Contract 1080, on September 17, 2009.

12.    The first contract, Contract 1034, governs the "engineering, manufacturing, procurement, supply, supervision of erection, commissioning, optimization, training and technical documentation of a stainless melt shop, consisting mainly of: one Electric Arc Furnace (EAF), one Argon Oxygen Decarburization Converter (AOD), one Continuous Caster (CCM) and one slab grinding plant (SGP)." The second contract, Contract 1080, governs the "design, engineering, manufacturing, procurement, preassembly, supply, delivery, commissioning, optimization, training, technical documentation and supervision services for the melt shop emissions control system."

13.     Under Contract 1034, Siemens represented and warranted that its equipment and work performance would be of good and workmanlike quality and that the product would be sufficient for the purposes intended for use within the Melt Shop, stating, *inter alia*:

> The Seller shall carry out all Work necessary to hand over the Contract Equipment to the Buyer in a finished state suitable for the specified use as stipulated in accordance with the Contract and as laid out in ANNEX B.
>
> . . .
>
> The Seller shall perform, subject to the provisions of this Contract, with due care and diligence, the engineering, manufacturing, fabrication, shipment, delivery, supervision of Erection, Commissioning and Optimization of the Contract Equipment within the Contract Program.

Contract 1034, Sections 2.1, 2.2.1(f).

14.     Under Contract 1080, Siemens represented and warranted that its equipment and work performance would be sufficient for the purposes intended for use within the Melt Shop, stating, *inter alia*:

> The Seller shall perform, subject to the provisions of this Contract, with due care and diligence, the Engineering Services for Phase I, the Main Goods and Materials Supply for Phase 2, and the Remaining Work pertaining to the Phase 3, within the Contract Program.
>
> . . .
>
> The Engineering Services provided by Seller under this Contract shall meet the current industry standard of professional care and skill ordinarily used by members of the engineering profession in the United States practicing under similar conditions of the nature and magnitude of the Project, and incorporating good and reliable technology and process in order to meet the quality, schedule and operational efficiency as defined or specified in the Contract for the Contract Equipment and the Work.
>
> . . .
>
> The Work and performance under the Contract shall be good and workman like in character, state of the art as specified under the Contract and in accordance with the latest applicable and widely recognized industry standards and practices, unless otherwise specified in the Contract.

Contract 1080, Sections 2.2.1(f), 2.2.2, & 2.2.3.

15.     Notwithstanding these representations and warranties, Siemens provided defective or failing equipment and failed to cure the design or installation deficiencies, which has resulted in a number of outstanding issues related to the performance of the Melt Shop and OTK's production of stainless steel materials.

16.     For instance, OTK has experienced deficient performance and/or failures within the AOD and EAF systems, including but not limited to:  the vessel shell components of the AOD, the cooled and uncooled duct work supporting the emissions system of the Melt Shop, the lime loading bucket system, the electrode lifting cylinder, the electrode high current cable and various other components of Siemens' work requiring evaluation, repair and/or replacement of these defective components.     Further, Siemens' incomplete and incorrect technical documentation caused OTK to purchase incorrect equipment and materials that do not match Siemens' as-built plans. Further, Siemens has failed to provide certain spare parts and technical documentation required by contract in support of the systems and components.

17.     OTK became aware of an issue involving a valve in the AOD system in October 2013 and notified Siemens of this issue at the time. However, the true nature and extent of the deficiencies and defective work was previously unknown and unknowable to OTK and not discovered by OTK until early June of 2014.

18.     OTK provided notice to Siemens of various issues on or about June 4, 2014, with a formal meeting occurring on August 20, 2014.

19.     Siemens either promised to remedy the situation or maintained that their equipment was performing per design and that they had provided the documentation required by Contract.

20.     Siemens has failed and refused to cure the deficiencies and in many instances denied any responsibility to OTK for the noticed failures.

21.     Due to Siemens' various failures, acts and/or omissions, OTK has suffered damages, including costs for evaluating, repairing and/or replacing defective equipment and including other economic losses that would not have been incurred had Siemens met its contractual and legal obligations in providing the design, installation and commissioning of the equipment.

## COUNT I:  BREACH OF CONTRACT

22.     OTK adopts and incorporates the facts and allegations stated in the above paragraphs as if set forth fully herein.

23.     OTK has paid Siemens for its services and equipment.

24.     Siemens breached its obligations under its contracts by, *inter alia*, failing to provide proper engineering, fabrication, equipment, installation, labor, work and documentation that complied with the contractual standards of performance outlined in the contracts.

25.     OTK has suffered damages as a result of Siemens' breaches.

WHEREFORE, OTK seeks all damages, including evaluation/analytical costs, repair/remedial costs, operational losses, business opportunities, litigation costs and other consequential damages known and foreseeable to Siemens, court costs, and fees and interest, for breach of contract by Siemens.

## COUNT II:  BREACH OF EXPRESS WARRANTIES

26.     OTK adopts and incorporates the facts and allegations stated in the above paragraphs as if set forth fully herein.

27.     Siemens expressly warranted that each element of its contract packages, including each design, specification, engineering, manufacturing, procurement, and technical aspect or any

other document prepared by or on behalf of Siemens shall conform to all provisions of the contract and shall be completed in accordance with good engineering practices and industry standards.

28.     Siemens breached the express warranties, and as a result, OTK has suffered damages.

WHEREFORE, OTK seeks all damages, including evaluation/analytical costs, repair/remedial costs, operational losses, business opportunities, litigation costs and other consequential damages known and foreseeable to Siemens, court costs, and fees and interest, for breach of express warranties by Siemens.

## COUNT III:  BREACH OF IMPLIED WARRANTIES

29.     OTK adopts and incorporates the facts and allegations stated in the above paragraphs as if set forth fully herein.

30.     Siemens is a merchant in the sale of goods and is subject to Alabama's Commercial Code and the implied warranties of fitness and merchantability contained therein, including Alabama Code §§ 7-2-314 and -315.

31.     Siemens breached the implied warranties for ordinary and particular purposes set forth in Alabama Code §§ 7-2-314 and -315, including those warranties implied over the course of dealings and usage and trade under the facts and circumstances herein.

32.     OTK has suffered damages as a result of Siemens' breaches of its implied warranties.

WHEREFORE, OTK seeks all damages, including evaluation/analytical costs, repair/remedial costs, operational losses, business opportunities, litigation costs and other consequential damages known and foreseeable to Siemens, court costs, and fees and interest, for breach of implied warranties by Siemens.

## COUNT IV: NEGLIGENCE

33.     OTK adopts and incorporates the facts and allegations stated in the above paragraphs as if set forth fully herein.

34.     Siemens, among other duties, owed OTK a legal duty to properly design, configure, supply, install, commission test and/or repair the equipment.

35.     Siemens negligently and defectively engineered, manufactured, procured, supplied, supervised, commissioned, optimized, configured, supplied, installed, commissioned and/or tested the equipment provided, resulting in equipment that does not meet the standards of the contract or as required by law.

36.     Siemens' defective work has rendered the equipment deficient and unsuitable for its required and intended purpose requiring remedial and corrective action.

37.     As a result, OTK has incurred damages, including the costs to repair and correct the deficient work. In addition, the failure of Siemens' equipment has caused damage to other property and equipment of OTK and has caused OTK to have significant down-time.

WHEREFORE, OTK seeks all damages, including evaluation/analytical costs, repair/remedial costs, operational losses, business opportunities, litigation costs and other consequential damages known and foreseeable to Siemens, court costs, and fees and interest, for negligent action by Siemens.

## COUNT V:  MISREPRESENTATION

38.     OTK adopts and incorporates the facts and allegations stated in the above paragraphs as if set forth fully herein.

39.     OTK provided notice to Siemens of various issues upon discovery.

40.     OTK met with the following Siemens representatives on August 20, 2014:  Hans Moser, Bernhard Voraberger and Wilfried Huber.

41.     Siemens' representatives represented that they had conducted sufficient repairs to the defective equipment.

42.     Siemens' representatives represented that their equipment was performing per design.

43.     Siemens' representatives represented that they had provided all technical documentation under the Contract.

44.     Siemens' representatives represented that they were processing other claims by OTK and working to provide design modifications and equipment repairs that would rectify the defect issues.

45.     These representations were false when made.

46.     OTK reasonably relied on the Siemens representatives' representations and did not take legal action against Siemens at the time or seek to obtain replacement equipment or to perform its own repairs on the Siemens equipment.

47.     As a necessary, natural, and proximate consequence of these misrepresentations and OTK's reasonable reliance upon same, OTK has been damaged and still does not have equipment that works like it is supposed to. Further, the failure of Siemens' equipment has caused damage to other property and equipment of OTK and has caused OTK to have significant down-time.

48.     Furthermore, Siemens' representations were made in deliberate and wanton disregard for the contracted rights of OTK and its operations, which have been impacted.

WHEREFORE, OTK seeks all damages, including evaluation/analytical costs, repair/remedial costs, operational losses, business opportunities, litigation costs and other

consequential damages known and foreseeable to Siemens, punitive damages, court costs, and fees and interest, for misrepresentation by Siemens.

## COUNT VI:  SUPPRESSION

49.    OTK adopts and incorporates the facts and allegations stated in the above paragraphs as if set forth fully herein.

50.    When meeting with OTK regarding repairs and when assuring OTK that Siemens equipment was performing per design, Siemens' representatives failed to disclose facts known to Siemens, including the facts that Siemens had not properly designed various components of the EAF and AOD systems and that various components of these systems were, in fact, failing.

51.    Siemens owed a duty to disclose the suppressed facts to OTK by virtue of particular circumstances giving rise to a duty of disclosure.  Moreover, Siemens, having chosen to speak on these issues and to make incomplete disclosures, had a duty to make full and fair disclosures.

52.     Siemens representatives' failure to disclose the suppressed facts reasonably induced OTK to not take legal action against Siemens at the time and not to seek to obtain replacement equipment or to perform its own repairs on the Siemens equipment.

53.    As a necessary, natural, and proximate consequence of this suppression and OTK's reasonable reliance upon same, OTK has been damaged and still does not have equipment that works like it is supposed to.  Further, the failure of Siemens' equipment has caused damage to other property and equipment of OTK and has caused OTK to have significant down-time.

54.    Furthermore, Siemens' failure to disclose these material matters were made in deliberate and wanton disregard for the contracted rights of OTK and its operations, which have been impacted.

WHEREFORE, OTK seeks all damages, including evaluation/analytical costs, repair/remedial costs, operational losses, business opportunities, litigation costs and other consequential damages known and foreseeable to Siemens, punitive damages, court costs, and fees and interest, for suppression by Siemens.

## <u>COUNT VII: INDEMNITY</u>

55.     OTK adopts and incorporates the facts and allegations stated in the above paragraphs as if set forth fully herein.

56.     Siemens contractually agreed to indemnify OTK, agreeing, for example:

Seller agrees to indemnify, defend (at Buyer's option, subject to Section 17.9.3, and with counsel reasonable acceptable to Buyer) and hold harmless Buyer and Buyer's affiliated companies ThyssenKrupp Steel and Stainless USA, LLC and ThyssenKrupp Steel USA, LLC, and all of their respective directors, officers, employees, agents, representatives, servants, successors and assigns (collectively the "Buyer Indemnified Parties"), from and against all actions, causes of action, claims, administrative proceedings, and demands (collectively, "Demands"), and all losses, liabilities, judgments, decrees, fines, penalties, damages, obligations, expenses, amounts paid in settlement and investigation and costs and charges of any kind, including but not limited to, attorneys' fees and all fees relating to Seller's failure to promptly undertake and diligently pursue to completion all actions, (collectively, "Costs") arising from, either directly or indirectly, the performance by Seller of the Work and/or the acts or omissions of Seller or its Subcontractors, affiliates or suppliers under this Contract, including, but not limited to, those arising from:

> (1) any Demands by any third party, including but not limited to Buyer's representatives or agents, other contractors hired by Buyer, Subcontractors, employees of Seller, or governmental authorities involving any actual or asserted (i) failure of Seller, its Subcontractors or suppliers to perform any obligation hereunder, or (ii) failure by Seller, its Subcontractors, its suppliers, or any of its affiliates to comply with any law, statute, code, ordinance, regulation, rule, or order of any governmental or quasi-governmental body, in the performance of its Work under this Contract . . . .

Contract 1080, Section 17.9.1.

57.    Further, Siemens is responsible at law for any costs incurred by OTK due to Siemens' failure to properly perform its contracted work.

58.    OTK has and will continue to incur costs and demands from third party for payments related to remediation, repair and correction of Siemens' defective work.

59.    As such, Siemens is liable to OTK for both contractual and/or common law indemnity for any costs as a result of actions or inactions by Siemens.

**WHEREFORE**, **PREMISES CONSIDERED**, OTK seeks indemnification from Siemens for all damages, including evaluation/analytical costs, repair/remedial costs, operational losses, business opportunities, litigation costs and other consequential damages known and foreseeable to Siemens, court costs, and fees and interest.

## JURY DEMAND

OTK demands trial by struck jury on all issues so triable.

This the 17th day of December, 2014.

Respectfully submitted,

  *s/ Ricardo A. Woods*
Ricardo A. Woods (WOO109)
David G. Wanhatalo (WAN002)
Devin C. Dolive (DOL006)
Kasee S. Heisterhagen (SPA029)

Attorneys for Plaintiff
OUTOKUMPU STAINLESS USA, LLC

**OF COUNSEL:**

BURR & FORMAN LLP
RSA Tower
11 N. Water St., Suite 22200
Mobile, Alabama 36602
Phone: 251-344-5151
Facsimile: 251-344-9696
rwoods@burr.com
ksparks@burr.com

BURR & FORMAN LLP
420 North 20th Street
Wells Fargo Tower, Suite 3400
Birmingham, Alabama  35203
Telephone:      (205) 251-3000
Facsimile:      (205) 458-5100
dwanhatalo@burr.com
ddolive@burr.com

## **REQUEST FOR SERVICE**

Plaintiff requests service, via certified mail, on the following:

Siemens Industry, Inc., successor in interest to Siemens Energy & Automation, Inc.
c/o CT Corporation System, Its Registered Agent
2 North Jackson St., Suite 605
Montgomery, Alabama 36106

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>02-CV-2014-903452.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MOBILE COUNTY
## OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.

SIEMENS INDUSTRY, INC., C/O CT CORPORATION SYSTEM 2 N. JACKSON ST., STE 605, MONTGOMERY, AL 36106

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY Ricardo Andrew Woods

WHOSE ADDRESS IS Post Office Box 2287, Mobile, AL 36652

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   OUTOKUMPU STAINLESS USA, LLC
pursuant to the Alabama Rules of the Civil Procedure

Date   12/17/2014 3:48:34 PM      /s/ JOJO SCHWARZAUER

Clerk/Register

205 GOVERNMENT STREET

MOBILE, AL 36644

☑ Certified Mail is hereby requested      /s/ Ricardo Andrew Woods

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

(Date)

_____      _____      _____
Date                                Server's Signature                  Address of Server

_____      _____      _____
Type of Server                     Server's Printed Name

_____
Phone Number of Server

ELECTRONICALLY FILED
12/22/2014 9:38 AM
02-CV-2014-903452.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| **OUTOKUMPU STAINLESS USA, LLC,** ) | |
| **Formerly Known as THYSSENKRUPP** ) | |
| **STAINLESS USA, LLC** ) | |
| ) | |
| **Plaintiff,** ) | **CASE NO. CV-2014-903452** |
| ) | |
| **vs.** ) | |
| ) | |
| ) | |
| **SIEMENS INDUSTRY, INC., Successor in** ) | |
| **Interest to SIEMENS ENERGY &** ) | |
| **AUTOMATION, INC.** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF APPEARANCE

COMES NOW John M. Lassiter of the law firm of Burr & Forman LLP and hereby gives notice of his appearance as additional counsel of record for the Plaintiff, Outokumpu Stainless USA, LLC, in the above-styled matter.

This the 22nd day of December, 2014.

Respectfully submitted,

_s/ John M. Lassiter_____
Ricardo A. Woods (WOO109)
John M. Lassiter (LAS021)
David G. Wanhatalo (WAN002)
Devin C. Dolive (DOL006)
Kasee S. Heisterhagen (SPA029)

Attorneys for Plaintiff
OUTOKUMPU STAINLESS USA, LLC

**OF COUNSEL:**

BURR & FORMAN LLP
RSA Tower
11 N. Water St., Suite 22200
Mobile, Alabama 36602
Phone: 251-344-5151
Facsimile: 251-344-9696
rwoods@burr.com
ksparks@burr.com

BURR & FORMAN LLP
420 North 20th Street
Wells Fargo Tower, Suite 3400
Birmingham, Alabama  35203
Telephone:     (205) 251-3000
Facsimile:      (205) 458-5100
dwanhatalo@burr.com
ddolive@burr.com

BURR & FORMAN LLP
The Heritage Building
401 East Capitol Street, Suite 100
Jackson, Mississippi  39201
Telephone:  (601) 355-3434
Facsimile:  (601) 866-443-1583
jlassiter@burr.com

## REQUEST FOR SERVICE

The above Notice of Appearance shall be served with the Complaint as follows:

Siemens Industry, Inc., successor in interest to Siemens Energy & Automation, Inc.
c/o CT Corporation System, Its Registered Agent
2 North Jackson St., Suite 605
Montgomery, Alabama 36106



AlaFile E-Notice

02-CV-2014-903452.00

To:   JOHN MARTIN LASSITER
      jlassiter@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.
02-CV-2014-903452.00

The following NOTICE OF APPEARANCE was FILED on 12/22/2014 9:38:48 AM

Notice Date:      12/22/2014 9:38:48 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2014-903452.00

To: SIEMENS INDUSTRY, INC. (PRO SE)
C/O CT CORPORATION SYSTEM
2 N. JACKSON ST., STE 605
MONTGOMERY, AL 36106-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.
02-CV-2014-903452.00

The following NOTICE OF APPEARANCE was FILED on 12/22/2014 9:38:48 AM

Notice Date:     12/22/2014 9:38:48 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2014-903452.00

To:   WOODS RICARDO ANDREW
      ricardo.woods@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.
02-CV-2014-903452.00

The following NOTICE OF APPEARANCE was FILED on 12/22/2014 9:38:48 AM

Notice Date:      12/22/2014 9:38:48 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2014-903452.00

To:  WANHATALO DAVID GERARD
     dwanhata@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.
02-CV-2014-903452.00

The following NOTICE OF APPEARANCE was FILED on 12/22/2014 9:38:48 AM

Notice Date:      12/22/2014 9:38:48 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2014-903452.00

To:   DOLIVE DEVIN CLARKE
      ddolive@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.
02-CV-2014-903452.00

The following NOTICE OF APPEARANCE was FILED on 12/22/2014 9:38:48 AM

Notice Date:      12/22/2014 9:38:48 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2014-903452.00

To:  HEISTERHAGEN KASEE GARNET
     kasee.heisterhagen@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.
02-CV-2014-903452.00

The following NOTICE OF APPEARANCE was FILED on 12/22/2014 9:38:48 AM

Notice Date:     12/22/2014 9:38:48 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov

Revised 4-1-99; 11-1-99; 11-3-05

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

OutoKumpu Stainless USA
_____
Plaintiff,

CIVIL ACTION NO. CU-14-903452

vs.

Siemens Industry Inc.
_____
Defendant,

## GENERAL PRE-TRIAL ORDER

To expedite pre-trial and trial procedure, it is ORDERED by the Court that the following will apply:

1. EXHIBITS, DOCUMENTS, AND PHYSICAL EVIDENCE, GENERALLY

a.      Each party shall identify in writing to all other parties and shall make all documents, exhibits and physical evidence, or copies thereof, expected to be used in the case in chief available to the other parties, not less than 21 days prior to trial, for inspection and copying. The same shall then be authenticated and admitted into evidence without further proof, unless written objections to any such documents or exhibits be made to the Court not less than 14 days prior to trial specifying the grounds of objection to the genuineness and relevancy of the proposed document, exhibit, or physical evidence. The requirement does not apply to documents, exhibits and physical evidence used solely as impeachment evidence.

b.      Documents, exhibits or physical evidence not timely exhibited to or made available to other parties prior to trial under this Order will not be admitted into evidence at the trial unless solely for impeachment purposes or unless the ends of justice so require.

c.      Documents, exhibits or physical evidence so admitted hereunder shall be presented to the court reporter for marking in evidence prior to trial.

2. DOCTOR, HOSPITAL AND MEDICAL EXPENSES

a.      If applicable, all doctor, medical and hospital bills shall be sent to or made available to all parties not less than 21 days before trial and shall be admitted in evidence as reasonable without further proof, unless written objection to any such bills be made to the Court no less than 14 days before trial specifying the grounds for objection.

b.      Any such bills not timely exhibited to the other parties will not be admitted in evidence at trial unless the ends of justice so require.

c.      The bills so admitted shall be presented to the court reporter for marking in evidence prior to trial.

3.    SPECIAL DAMAGES

a.      All parties seeking special damages shall furnish the other parties with a list thereof not less than 21 days before trial. Written objections thereto may be made not less than 14 days before trial specifying grounds of objections.

b.      Evidence of special damages claimed, but not timely exhibited to other parties, will not be admitted into evidence unless the ends of justice require so.

4.    AGENCY-TIME AND PLACE-DUTY

a.      Agency and the time and place of the incident involved, if alleged in the complaint, and, if a negligence case, the existence of a duty, are admitted and the parties are deemed correctly named and designated unless specifically denied by answer or unless written objection is made not less than 14 days before trial. The objections shall include the correct name and entity and/or the grounds relied on.

5.    EXPERTS

a.       Unless previously obtained by discovery, each party will furnish to all other parties the names, addresses and qualifications of all expert witnesses expected to testify, together with a brief summary of their opinions. Such disclosure of experts shall be made by the party filing the Motion to Set and Certificate of Readiness not later than the time of filing such motion. Disclosure by all parties shall be made not later than 14 days after the filing of the Motion to Set and Certificate of Readiness.

b.      Disclosure of experts in cases not included in the Fasttrack system shall be made by all parties not less than 60 days before trial.

c.      Unless written objection to the qualifications of an expert is made not later than 30 days before trial, stating grounds the qualification of such expert will be admitted.

d.      Upon calling an expert to testify at trial, the attorney may state to the Court and jury the name, address and summary of the qualifications of the expert.

6.    DISCOVERY

Discovery shall be completed 30 days prior to the trial date. On written motion for good cause shown, the court may allow discovery within this 30-day period.

7.    JURY INSTRUCTIONS

If the case is to be tried by a jury, requested written charges shall be submitted to the Court not later than the close of the plaintiff's case, subject to supplementation during the course of the trial on matters which could not be reasonably anticipated. Each requested charge will be typed on letter size paper and identified by the party's last name and shall be numbered.

8.    JURY SELECTION

Before the commencement of trial, the parties will furnish or advise the court, outside the presence of the jury, the names all insurance companies involved and any special voir dire questions for the purpose of qualifying the jury.

9.    DUTY TO SUPPLEMENT DISCOVERY

All parties are under duty to supplement responses to discovery as provided by Rule 26(e)(3) ARCP which should be done not less than 30 days before trial.

10.    MOTIONS GENERALLY

If motion to strike or motion to dismiss a pleading is filed, the Court will not consider such unless a copy of the pleading sought to be struck or dismissed is attached thereto.

11.    <u>CONFLICTS</u>

In the event of scheduling conflict affected counsel shall comply with the Attorney Calendar Conflict Resolution Order of the Alabama Supreme Court.

It is further ORDERED by the Court that the Court will reconsider any portion of the General Pre-Trial Order upon timely application by any party.

Done this the _____ day of _____ January, 2015.

_____

Charles A. Graddick, Presiding Circuit Judge

ELECTRONICALLY FILED
3/19/2015 11:52 AM
02-CV-2014-903452.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

DOCUMENT 7

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Siemens Industry, Inc.,
c/o CT Corporation System
Registered Agent
2 N Jackson St, Suite 605
Montgomery, AL 36106

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail®        ☐ Priority Mail Express™
   ☐ Registered            ☒ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
   (Transfer from service label)

7014 0510 0000 9305 3055

PS Form 3811, July 2013          Domestic Return Receipt

---

**UNITED STATES POSTAL SERVICE**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Sharee Thompson
Burr & Forman LLP
PO Box 2287
Mobile, AL 36652



AlaFile E-Notice

02-CV-2014-903452.00

To:  KASEE GARNET SPARKS HEISTERHAGEN
     kasee.heisterhagen@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.
02-CV-2014-903452.00

The following RETURN ON SERVICE was FILED on 3/19/2015 11:53:04 AM

Notice Date:     3/19/2015 11:53:04 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2014-903452.00

To:  SIEMENS INDUSTRY, INC. (PRO SE)
     C/O CT CORPORATION SYSTEM
     2 N. JACKSON ST., STE 605
     MONTGOMERY, AL 36106-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.
02-CV-2014-903452.00

The following RETURN ON SERVICE was FILED on 3/19/2015 11:53:04 AM

Notice Date:     3/19/2015 11:53:04 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2014-903452.00

To:   WOODS RICARDO ANDREW
       ricardo.woods@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.
02-CV-2014-903452.00

The following RETURN ON SERVICE was FILED on 3/19/2015 11:53:04 AM

Notice Date:     3/19/2015 11:53:04 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2014-903452.00

To:   WANHATALO DAVID GERARD
      dwanhata@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.
02-CV-2014-903452.00

The following RETURN ON SERVICE was FILED on 3/19/2015 11:53:04 AM

Notice Date:      3/19/2015 11:53:04 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2014-903452.00

To:  DOLIVE DEVIN CLARKE
     ddolive@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.
02-CV-2014-903452.00

The following RETURN ON SERVICE was FILED on 3/19/2015 11:53:04 AM

Notice Date:      3/19/2015 11:53:04 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2014-903452.00

To:   LASSITER JOHN MARTIN
      jlassiter@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.
02-CV-2014-903452.00

The following RETURN ON SERVICE was FILED on 3/19/2015 11:53:04 AM

Notice Date:      3/19/2015 11:53:04 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2014-903452.00

To:  KASEE GARNET SPARKS HEISTERHAGEN
     kasee.heisterhagen@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.
02-CV-2014-903452.00

The following RETURN ON SERVICE was FILED on 3/19/2015 11:53:04 AM

Notice Date:     3/19/2015 11:53:04 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov

ELECTRONICALLY FILED
4/2/2015 1:48 PM
02-CV-2014-903452.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

# STATE OF ALABAMA
Unified Judicial System

Revised 3/5/08

02-MOBILE

Case No.

☐ District Court  ☑ Circuit Court

CV2014-903452.00

## CIVIL MOTION COVER SHEET

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.

*Name of Filing Party:* D001 - SIEMENS INDUSTRY, INC.

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

Archibald Thomas Reeves

11 N. Water Street, Suite 13290
Mobile, AL 36602

*Attorney Bar No.:* REE029

☐ Oral Arguments Requested

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|

**Motions Requiring Fee**

☐ Default Judgment ($50.00)

☐ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00)

☐ Judgment on the Pleadings ($50.00)

☐ Motion to Dismiss, or in the Alternative Summary Judgment($50.00)

☐ Renewed Dispositive Motion(Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00)

☐ Summary Judgment pursuant to Rule 56($50.00)

☐ Motion to Intervene ($297.00)

☐ Other _____

pursuant to Rule _____ ($50.00)

_____

*Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees.

☐ Local Court Costs $   0.00

**Motions Not Requiring Fee**

☐ Add Party
☐ Amend
☐ Change of Venue/Transfer
☐ Compel
☐ Consolidation
☐ Continue
☐ Deposition
☐ Designate a Mediator
☐ Judgment as a Matter of Law (during Trial)
☐ Disburse Funds
☑ Extension of Time
☐ In Limine
☐ Joinder
☐ More Definite Statement
☐ Motion to Dismiss pursuant to Rule 12(b)
☐ New Trial
☐ Objection of Exemptions Claimed
☐ Pendente Lite
☐ Plaintiff's Motion to Dismiss
☐ Preliminary Injunction
☐ Protective Order
☐ Quash
☐ Release from Stay of Execution
☐ Sanctions
☐ Sever
☐ Special Practice in Alabama
☐ Stay
☐ Strike
☐ Supplement to Pending Motion
☐ Vacate or Modify
☐ Withdraw
☐ Other _____
pursuant to Rule _____ (Subject to Filing Fee)

Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐

Date:

4/2/2015 1:47:45 PM

Signature of Attorney or Party:

/s/ Archibald Thomas Reeves

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.



## AlaFile E-Notice

02-CV-2014-903452.00

Judge: BEN H. BROOKS

To:  Archibald Thomas Reeves
      areeves@mcdowellknight.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.
02-CV-2014-903452.00

The following matter was FILED on 4/2/2015 1:49:10 PM

D001 SIEMENS INDUSTRY, INC.
MOTION FOR EXTENSION OF TIME
[Filer: REEVES ARCHIBALD THOMAS I]

Notice Date:      4/2/2015 1:49:10 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov

ELECTRONICALLY FILED
4/2/2015 1:48 PM
02-CV-2014-903452.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

# STATE OF ALABAMA

Unified Judicial System

Revised 3/5/08

02-MOBILE

☐ District Court   ☑ Circuit Court

Case No.

CV20

## CIVIL MOTION COVER SHEET

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.

Name of Filing Party: D001 - SIEMENS INDUSTRY, INC.

Name, Address, and Telephone No. of Attorney or Party. If Not Represented.

Archibald Thomas Reeves

11 N. Water Street, Suite 13290
Mobile, AL 36602

Attorney Bar No.:   REE029

☐ Oral Arguments Requested

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| | ☐ Consolidation |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Motion to Dismiss, or in the Alternative Summary Judgment($50.00) | ☐ Designate a Mediator |
| | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Renewed Dispositive Motion(Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Disburse Funds |
| | ☑ Extension of Time |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ In Limine |
| | ☐ Joinder |
| ☐ Motion to Intervene ($297.00) | ☐ More Definite Statement |
| | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| ☐ Other _____ | ☐ New Trial |
| pursuant to Rule _____ ($50.00) | ☐ Objection of Exemptions Claimed |
| _____ | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| ☐ Local Court Costs $  0.00 | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☐ Other _____ |
| | pursuant to Rule _____ (Subject to Filing Fee) |

| Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐ | Date:  4/2/2015 1:47:45 PM | Signature of Attorney or Party:  /s/ Archibald Thomas Reeves |
|---|---|---|

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.

ELECTRONICALLY FILED
4/9/2015 1:48 PM
02-CV-2014-903452.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY

| | |
|---|---|
| OUTOKUMPU STAINLESS USA, LLC , | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *     NO. 2014-903452 |
| | * |
| SIEMENS INDUSTRY, INC., | * |
| | * |
| Defendant. | * |
| | * |

### <u>REQUEST FOR ENLARGEMENT</u>

Defendant Siemens Industry, Inc. ("Defendant"), by and through undersigned counsel, moves, pursuant to Rule 6(b), *Alabama Rules of Civil Procedure*, for an enlargement of time within which to respond to Plaintiff's Complaint, which is currently due April 13, 2015. The period of time originally prescribed within which to respond to Plaintiff's Complaint has yet to expire, and Defendant requires additional time. Defendant requests an additional twenty-eight (28) days to respond.

WHEREFORE, Defendant requests that the time be extended up to and including May 11, 2015 in which to respond to Plaintiff's Complaint.

Respectfully submitted,


*s/ Archibald T. Reeves, IV*
ARCHIBALD T. REEVES, IV (REE029)
**MCDOWELL KNIGHT ROEDDER
& SLEDGE, LLC**
11 North Water St., Ste. 13290
Mobile, Alabama 36602
(251) 432-5300

Attorney for Siemens Industry, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of April, 2015, I electronically filed the foregoing with the Clerk of Court using the Alafile electronic document filing system which sends notification of such filing to the following attorneys of record:


*s/ Archibald T. Reeves, IV*
COUNSEL

2



AlaFile E-Notice

02-CV-2014-903452.00

Judge: BEN H. BROOKS

To:  Archibald Thomas Reeves
     areeves@mcdowellknight.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.
02-CV-2014-903452.00

The following matter was FILED on 4/2/2015 1:49:10 PM

D001 SIEMENS INDUSTRY, INC.
MOTION FOR EXTENSION OF TIME
[Filer: REEVES ARCHIBALD THOMAS I]

Notice Date:     4/2/2015 1:49:10 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2014-903452.00

Judge: BEN H. BROOKS

To:  SIEMENS INDUSTRY, INC. (PRO SE)
C/O CT CORPORATION SYSTEM
2 N. JACKSON ST., STE 605
MONTGOMERY, AL 36106-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.
02-CV-2014-903452.00

The following matter was FILED on 4/2/2015 1:49:10 PM

D001 SIEMENS INDUSTRY, INC.
MOTION FOR EXTENSION OF TIME
[Filer: REEVES ARCHIBALD THOMAS I]

Notice Date:     4/2/2015 1:49:10 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2014-903452.00

Judge: BEN H. BROOKS

To:  WOODS RICARDO ANDREW
     ricardo.woods@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.
02-CV-2014-903452.00

The following matter was FILED on 4/2/2015 1:49:10 PM

D001 SIEMENS INDUSTRY, INC.
MOTION FOR EXTENSION OF TIME
[Filer: REEVES ARCHIBALD THOMAS I]

Notice Date:     4/2/2015 1:49:10 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2014-903452.00

Judge: BEN H. BROOKS

To:  WANHATALO DAVID GERARD
     dwanhata@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.
02-CV-2014-903452.00

The following matter was FILED on 4/2/2015 1:49:10 PM

D001 SIEMENS INDUSTRY, INC.

MOTION FOR EXTENSION OF TIME

[Filer: REEVES ARCHIBALD THOMAS I]

Notice Date:     4/2/2015 1:49:10 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2014-903452.00

Judge: BEN H. BROOKS

To:   DOLIVE DEVIN CLARKE
      ddolive@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.
02-CV-2014-903452.00

The following matter was FILED on 4/2/2015 1:49:10 PM

D001 SIEMENS INDUSTRY, INC.
MOTION FOR EXTENSION OF TIME
[Filer: REEVES ARCHIBALD THOMAS I]

Notice Date:      4/2/2015 1:49:10 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2014-903452.00

Judge: BEN H. BROOKS

To:   HEISTERHAGEN KASEE GARNET
      kasee.heisterhagen@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.
02-CV-2014-903452.00

The following matter was FILED on 4/2/2015 1:49:10 PM

D001 SIEMENS INDUSTRY, INC.

MOTION FOR EXTENSION OF TIME

[Filer: REEVES ARCHIBALD THOMAS I]

Notice Date:     4/2/2015 1:49:10 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2014-903452.00

Judge: BEN H. BROOKS

To:  LASSITER JOHN MARTIN
     jlassiter@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.
02-CV-2014-903452.00

The following matter was FILED on 4/2/2015 1:49:10 PM

D001 SIEMENS INDUSTRY, INC.
MOTION FOR EXTENSION OF TIME
[Filer: REEVES ARCHIBALD THOMAS I]

Notice Date:     4/2/2015 1:49:10 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov



**AlaFile E-Notice**

02-CV-2014-903452.00

Judge: BEN H. BROOKS

To:   REEVES ARCHIBALD THOMAS I
      areeves@mcdowellknight.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.
02-CV-2014-903452.00

A court action was entered in the above case on 4/2/2015 4:56:57 PM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:          BHB

Notice Date:    4/2/2015 4:56:57 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov

ELECTRONICALLY FILED
4/2/2015 4:56 PM
02-CV-2014-903452.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**

| | | |
|---|---|---|
| OUTOKUMPU STAINLESS USA, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No.:      CV-2014-903452.00 |
| | ) | |
| SIEMENS INDUSTRY, INC., | ) | |
| Defendant. | ) | |

**ORDER**

The Defendant's Request for Enlargement is GRANTED.  The Defendant Siemens Industry Inc., is granted up to and including May 11, 2015 to file an Answer or other pleading in response to the Plaintiff's Complaint.

**DONE this 2nd day of April, 2015.**

**/s/ BEN H. BROOKS**

**CIRCUIT JUDGE**



**AlaFile E-Notice**

02-CV-2014-903452.00

Judge: BEN H. BROOKS

To:  WOODS RICARDO ANDREW
     ricardo.woods@burr.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.
02-CV-2014-903452.00

A court action was entered in the above case on 4/2/2015 4:56:57 PM

ORDER

[Filer: ]

| | |
|---|---|
| Disposition: | GRANTED |
| Judge: | BHB |

Notice Date:    4/2/2015 4:56:57 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov



**AlaFile E-Notice**

02-CV-2014-903452.00

Judge: BEN H. BROOKS

To: WANHATALO DAVID GERARD
dwanhata@burr.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.
02-CV-2014-903452.00

A court action was entered in the above case on 4/2/2015 4:56:57 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           BHB

Notice Date:     4/2/2015 4:56:57 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2014-903452.00

Judge: BEN H. BROOKS

To:  DOLIVE DEVIN CLARKE
     ddolive@burr.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.
02-CV-2014-903452.00

A court action was entered in the above case on 4/2/2015 4:56:57 PM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:          BHB

Notice Date:    4/2/2015 4:56:57 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2014-903452.00

Judge: BEN H. BROOKS

To:   HEISTERHAGEN KASEE GARNET
      kasee.heisterhagen@burr.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.
02-CV-2014-903452.00

A court action was entered in the above case on 4/2/2015 4:56:57 PM

ORDER

[Filer: ]

Disposition:      GRANTED
Judge:            BHB

Notice Date:     4/2/2015 4:56:57 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2014-903452.00

Judge: BEN H. BROOKS

To:  LASSITER JOHN MARTIN
     jlassiter@burr.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.
02-CV-2014-903452.00

A court action was entered in the above case on 4/2/2015 4:56:57 PM

ORDER

[Filer: ]

Disposition:   GRANTED
Judge:         BHB

Notice Date:   4/2/2015 4:56:57 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2014-903452.00

Judge: BEN H. BROOKS

To:   REEVES ARCHIBALD THOMAS I
      areeves@mcdowellknight.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

OUTOKUMPU STAINLESS USA, LLC V. SIEMENS INDUSTRY, INC.
02-CV-2014-903452.00

A court action was entered in the above case on 4/2/2015 4:56:57 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           BHB

Notice Date:     4/2/2015 4:56:57 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov