IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| OUTOKUMPU STAINLESS, LLC, *formerly known as* *Thyssenkrupp Stainless USA, LLC,* | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 15-00243-N |
| SIEMENS INDUSTRY, INC., *successor in interest to* *Siemens Energy & Automation, Inc.,* | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

This action is before the Court on Defendant's Motion to Dismiss and Compel Arbitration (Doc. 3) and Plaintiff's Motion for Extension of Time to Respond to the Motion to Dismiss (Doc. 8). The Court has already set a briefing schedule for Plaintiff's Motion to Remand (Doc. 7). Because the Motion to Remand challenges the Court's subject-matter jurisdiction, and because the existence of such jurisdiction is an indispensable prerequisite to ruling on other matters, the Court will not consider the Motion to Dismiss at this time. Accordingly, the Motion to Dismiss (Doc. 3) and the Motion for Extension of Time (Doc. 8) are **STAYED** pending disposition of the Motion to Remand. Should the Motion to Remand be denied, the Court will establish an appropriate briefing schedule for the Motion to Dismiss.

**DONE and ORDERED** this the 13th day of May 2015.

/s/ Katherine P. Nelson
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**