IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | |
|---|---|
| **OUTOKUMPU STAINLESS USA, LLC,** Formerly Known as **THYSSENKRUPP STAINLESS USA, LLC** <br><br> **Plaintiff,** <br><br> v. <br><br> **SIEMENS INDUSTRY, INC.,** Successor in Interest to **SIEMENS ENERGY & AUTOMATION, INC.,** <br><br> **Defendant.** | No. 1:15-CV-00243-KD-N |

## JOINT MOTION TO STAY

COME NOW Plaintiff Outokumpu Stainless USA, LLC and Defendant Siemens Industry, Inc. and jointly move this Court to enter a stay in the above-referenced proceedings. In support of this Joint Motion, the Parties show the following:

1. This lawsuit arises out of two contracts between Outokumpu and Siemens Industry for the design, engineering, manufacturing, fabrication, and/or procurement of parts and/or services for defined components of a stainless steel melt shop and an emissions control system that are part of a stainless steel plant in Calvert, Alabama. Outokumpu alleges claims against Siemens Industry for breach of contract, breach of express warranties, breach of implied warranties, negligence, misrepresentation, suppression, and indemnity.

2. This lawsuit was filed on December 17, 2014 in Alabama state court. Siemens Industry removed this case on May 8, 2015 and filed a motion to dismiss and to compel

arbitration on that same day. On November 10, 2015, this Court denied Outokumpu's motion to remand.

3. This Court stayed briefing on Siemens Industry's motion to dismiss, pending a decision on the motion to remand. On November 10, 2015, the same day this Court entered an Order denying the motion to remand, this Court entered a Preliminary Scheduling Order regarding briefing on the motion to dismiss.

4. The Parties have recently reached an agreement to proceed to mediation, and if necessary, to binding arbitration as to the disputes that are currently pending before this Court.

5. Pursuant to the agreement between the Parties, the Parties are asking that the actions before this Court be stayed pending the resolution of the mediation, and if necessary, the binding arbitration proceedings.

6. If the Parties are able to resolve their disputes at mediation, Outokumpu will voluntarily dismiss with prejudice the lawsuit pending before this Court pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

7. If the Parties are not able to resolve their disputes at mediation and Outokumpu elects not to initiate arbitration within 60 days of the termination of the mediation, Outokumpu will voluntarily dismiss with prejudice the lawsuit pending before this Court pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

8. If the Parties are not able to resolve their disputes at mediation and Outokumpu elects to initiate arbitration within 60 days of the termination of the mediation, then upon conclusion of that arbitration and satisfaction of any arbitration award, regardless of which party prevails, Outokumpu will voluntarily dismiss with prejudice the lawsuit pending before this Court pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

9. If an arbitration award rendered pursuant to paragraph 8 above is not fully satisfied, either Party may ask this Court to lift the stay for the sole purpose of enforcing the arbitration award.

WHEREFORE, it is respectfully requested that this lawsuit be stayed pending the resolution of the mediation and, if necessary, the binding arbitration between the Parties.

This the 15th day of December, 2015.

*/s/ Devin C. Dolive (with permission)*
Ricardo A. Woods (WOODR1019)
David G. Wanhatalo (WANHD6977)
Devin C. Dolive (DOLID4671)
Kasee Sparks Heisterhagen (SPAR7253)
E. Travis Ramey (RAMEE6162)

Attorneys for Outokumpu Stainless USA, LLC, formerly known as ThyssenKrupp Stainless USA, LLC

**OF COUNSEL:**

BURR & FORMAN LLP
RSA Tower
11 North Water Street
Suite 22200
Mobile, Alabama  36602
Telephone: (251) 344-5151
Facsimile: (251) 344-9696
rwoods@burr.com
ksparks@burr.com

and

BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, Alabama 35203
dwanhatalo@burr.com
ddolive@burr.com
tramey@burr.com

/s/ Archibald T. Reeves, IV
ARCHIBALD T. REEVES, IV
(REEVA2720)
areeves@mcdowellknight.com

Andrew S. Chamberlin (*pro hac vice* admission)
N.C. State Bar No. 17396
andrew.chamberlin@elliswinters.com

Dixie T. Wells (*pro hac vice*)
N.C. State Bar No. 26816
dixie.wells@elliswinters.com

Jonathan A. Berkelhammer (*pro hac vice*)
N.C. State Bar No. 10246
jon.berkelhammer@elliswinters.com

*Attorneys for Defendant Siemens Industry, Inc.*

**OF COUNSEL:**

McDOWELL KNIGHT ROEDDER & SLEDGE, L.L.C.
11 North Water Street
Suite 13290 (36602)
Post Office Box 350
Mobile, Alabama 36601
Tel: (251) 432-5300
Fax: (251) 432-5303

ELLIS & WINTERS LLP
300 North Greene Street, Suite 800
Greensboro, North Carolina 27401
Tel: (336) 217-4193
Fax: (336) 217-4198

**CERTIFICATE OF SERVICE**

I hereby certify that on 15th, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

Ricardo A. Woods
Kasee S. Heisterhagen
Burr & Forman LLP
RSA Tower
11 N. Water St., Suite 22200
Mobile, AL 36602

David G. Wanhatalo
Devin C. Dolive
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203

This the 13th day of November, 2015.

/s/ Archibald T. Reeves, IV
ARCHIBALD T. REEVES, IV
*Attorney for Defendant Siemens Industry, Inc.*